4 So.2d 182

## LOUIS PIZITZ DRY GOODS CO. v. Jay G. DRIESBACH.

### 6 Div. 875.

Supreme Court of Alabama.

June 17, 1941.

Rehearing Denied Oct. 23, 1941.

Hugh A. Locke and Frank M. James, both of Birmingham, for petitioner.

A. J. Bowron, Jr., and Bradley, Baldwin, All & White, all of Birmingham, opposed.

FOSTER, Justice.

Petition of Jay G. Driesbach for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Louis Pizitz Dry Goods Company v. Jay G. Driesbach, 4 So.2d 180, which is denied. Compare Bell v. Martin, ante, p. 182, 1 So.2d 906.

Writ denied.

All the Justices concur, except KNIGHT, J., not sitting.